# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

JACKSON,

V.                                         **JUDGMENT IN A CIVIL CASE**

GUTIERREZ, et al

CASE NUMBER:   07cv1755-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court dismisses the action without prejudice................................................................................
................................................................................................................................................................

| September 24, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON September 24, 2009

07cv1755-JM(NLS)